### D. J. RICHARDS v. RITTER LUMBER COMPANY.

(Filed 28 May, 1912.)

Modified upon petition to rehear.

PER CURIAM. Upon consideration of the opinion and judgment at last term, the Court is of opinion, as alleged in the petition to rehear, that the conclusion and judgment at last term should be reformed by striking out the judgment, "Defendant's appeal dismissed," and substituting in lieu thereof, after the word "record," the words "In both appeals, New Trial," as prayed in the petition to rehear.

Judgment reformed accordingly.